**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert YOUNG, Defendant–Appellant.**

**No. 13–14618**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 5, 2014.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Eric K. Mountin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL for Defendant–Appellant.

Before TJOFLAT, MARCUS and JORDAN, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Robert Young in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Young's convictions and sentences are **AFFIRMED.**